UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H.W., *individually and on behalf of M.W., a child with a disability*,

                    Plaintiff,

          v.

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.

No. 20-CV-10591 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 25, 2021, Plaintiff filed a motion for summary judgment and accompanying memorandum of law.  Dkt. 16.  On September 10, 2021, Plaintiff filed a reply memorandum of law in response to Defendant's opposition to the motion for summary judgment.  Dkt. 30.  The second memorandum of law appears to be a duplicate of the first.

No later than January 24, 2022, Plaintiff shall file the correct reply memorandum of law on the docket or otherwise notify the Court that she does not intend to respond to Defendant's opposition.

SO ORDERED.

Dated:     January 20, 2022
           New York, New York

_____
Ronnie Abrams
United States District Judge